■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SENATORE, Appellant.— In a *coram nobis* proceeding, the defendant appeals from an order of the County Court of Kings County, entered December 15, 1958, denying without a hearing his application to vacate a judgment of said court, rendered January 10, 1952, convicting him, on his plea of guilty, of

attempted burglary in the third degree, and imposing sentence. Order affirmed. No opinion. Nolan, P. J., Beldock, Christ and Pette, JJ., concur.